■ DORETHA E. REAVES, Appellant, v WEGMANS FOOD MARKETS, INC., Respondent. [821 NYS2d 510]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered June 1, 2005 in a personal injury action. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ BETTIE M. BALBICK, Individually and as Executrix of PAUL W. BALBICK, Deceased, Respondent, v COUNTY OF GENESEE et al., Appellants. [821 NYS2d 544]—Appeal from an order of the Supreme Court, Genesee County (Eric R. Adams, A.J.), entered July 6, 2005. The order determined that the employer/employee relationship between plaintiff's decedent and defendant Genesee Community College terminated as of December 31, 2001 and that a question of fact exists concerning the intent of the parties with respect to whether payments to plaintiff's decedent were to terminate upon his death.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.